# United States Court of Appeals

## For the First Circuit

No. 02-2572

RONALD J. RANKIN; LIZ RANKIN,

Plaintiffs, Appellants,

v.

ALLSTATE INSURANCE CO.; CONCORD GENERAL MUTUAL INSURANCE CO.;
SI TRUCKING, INC.,

Defendants, Appellees.

_____

RIGHT-ON-TIME MOVING & STORAGE, INC.,

Defendant.

_____

ERRATA

The opinion of this court issued July 14, 2003, should be amended as follows:

On page 13, line 4, replace the word "in" with the word "of."